**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

MEGHAN MOORE,                         )
                                      )
        Plaintiff,             )
                                      )
v.                                    )   Case No. CIV-22-178-KEW
                                      )
KILOLO KIJAKAZI, Acting               )
Commissioner of Social                )
Security Administration,              )
                                      )
        Defendant.             )

## J U D G M E N T

On April 3, 2023, Defendant requested that this action be remanded for further proceedings, which is not opposed by Plaintiff. By Order entered this date, this Court granted Defendant's request to reverse the decision of the ALJ and ordered that this matter be remanded to Defendant for further proceedings.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 4th day of April, 2023.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE